# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. BRANDSTATT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>K. CLARK, et al.,<br><br>　　　　　Defendants. | **1:21-cv-01600-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 22.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, WITHOUT PREJUDICE, AS PREMATURE**<br><br>**(ECF No. 15.)** |

　　　　William H. Brandstatt ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights case under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 27, 2022, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief, filed on March 14, 2022, be denied. (ECF No. 22.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the Magistrate Judge on April 27, 2022, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on March 14, 2022, is DENIED.

IT IS SO ORDERED.

Dated:  July 15, 2022                              _____
                                                         SENIOR DISTRICT JUDGE