**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM H. BRANDSTATT,<br><br>Plaintiff,<br><br>v.<br><br>CLARK, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-01600 KES BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING THE ACTION WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 36) |

William Brandstatt is a state prisoner and seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983.  Doc. 16.  The assigned magistrate judge screened the amended complaint and found it failed to state a cognizable claim upon which relief could be granted.  Doc. 30 at 4-13.  The court informed Brandstatt that he had three options: (1) file an amended complaint; (2) stand on the pleading, which would result in a recommendation that the matter be dismissed, or (3) voluntarily dismiss the matter.  *Id.* at 13. Although granted an extension of time to take any action—and again warned that failure to comply may result in the recommendation of dismissal— Brandstatt did not file any response to the screening order. *See* Doc. 32; Doc. 35 at 3.

On November 20, 2025, the magistrate judge issued findings and recommendations, reiterating the findings in the screening order that the amended complaint did not include any cognizable claims.  Doc. 36 at 3-8.  The magistrate judge recommended the matter be dismissed

1

for failure to state a claim. *Id.* at 9-10. In addition, the magistrate judge found terminating sanctions were also appropriate for Brandstatt's failure to obey the screening order and failure to prosecute. *Id.* Therefore, the magistrate judge recommended dismissal with prejudice. *Id.*

The court served the findings and recommendations upon Brandstatt and notified him that any objections were due within 14 days. Doc. 36 at 10. The court also informed Brandstatt that failure to file objections within the specified time may result in the waiver of certain right on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Brandstatt did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the court **ORDERS**:

1.  The findings and recommendations issued on November 20, 2025 (Doc. 36) are **ADOPTED.**

2.  This action is **DISMISSED** with prejudice for failure to state a claim, failure to obey the court's order, and failure to prosecute.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2